

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SARENA E. PERKINS, | § | No. 08-15-00209-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | Criminal District Court No. 3 |
| | § | |
| THE STATE OF TEXAS, | | of Dallas County, Texas |
| | § | |
| Appellee. | | (TC# F-1152213-J) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment adjudicating guilt should be modified to reflect that Appellant violated Conditions (b), (j), (l), (n), (q), and (t) of the terms and conditions of community supervision. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF APRIL, 2016.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.